United States District Court
Southern District of Texas
FILED

MAR - 3 2019

AO 91 (Rev 8/01) Criminal Complaint

David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS

MCALLEN DIVISION

UNITED STATES OF AMERICA
V.
Maykol Rodolfo Zuniga-Coello

AKA: Jose Fernando Garcia-Flores

IAE  YOB: 1986
Honduras

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-19-0509-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 2, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Maykol Rodolfo Zuniga-Coello was encountered by Border Patrol Agents near Roma, Texas on March 02, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 02, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on September 19, 2007 through Nogales, Arizona. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 7, 2007, the Defendant was convicted of Grand Theft from Person and was sentenced to sixteen (16) months confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on March 3, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

March 3, 2018    3:12 p.m.

/S/ Mickel Gonzalez
Signature of Complainant

Mickel Gonzalez    Senior Patrol Agent

Peter E. Ormsby    , U.S. Magistrate Judge
Name and Title of Judicial Officer

*Pete E Ormsby* (signature)
Signature of Judicial Officer